NATIONAL NIANTIC BANK *vs.* THE ADAMS EXPRESS COMPANY.

A plea in abatement on account of the nonjoinder of joint promisors need not be verified by affidavit.

The statute 4 Anne, cap. 16, § 11, has not been adopted in this State.

ASSUMPSIT. On plaintiff's motion to strike out a plea in abatement.

This action was brought against numerous defendants, doing business as common carriers under the name of the Adams Express Company, upon their joint promise. The defendants pleaded in abatement the nonjoinder of other joint promisors. The plaintiff moved that the plea be stricken out because not verified by affidavit.

*October* 4, 1888. PER CURIAM. This is an action of *assumpsit* to which the defendants have pleaded in abatement the nonjoinder of other joint promisors. The plea is not accompanied by any affidavit to its truth. The plaintiff moves that it be stricken out for want of such an affidavit. We think the motion must be denied. The plea is not of the kind which requires an affidavit at common law, and the .English practice requiring affidavits generally to pleas in abatement which depends on 4 Anne, cap. 16, § 11, has never, to our knowledge, prevailed in this State. The Statute 4 Anne, cap. 16, § 11, is not among the statutes declared to be in force by the act of A. D. 1749. We have no statute nor rule of court requiring an affidavit as some other states have.

*Motion dismissed.*

*Charles A. Wilson & Thomas A. Jenckes,* for plaintiff.
*John D. Thurston,* for defendants.